IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No: 97 CR 50026-02 |
| v. | ) ) ) | Judge Philip G. Reinhard |
| Solomon Montagueo | ) ) | |
| Defendant. | ) | |

### ORDER

The court has received defendant Solomon Montagueo's motion for reconsideration and motion to vacate. *See* [818]. It appears from the motion that defendant acknowledges that any relief is contingent upon the government withdrawing its previously filed notice to seek statutory enhanced penalties. *See id.* As such, the government is ordered to respond to the motion by October 28, 2015.

Date: 9/29/2015          ENTER:

_____
United States District Court Judge

Notices mailed by Judicial Staff. (LC)